UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS A. VAZQUEZ-DIAZ,

                Plaintiff,

-against-

JOHN DOE, WARDEN OF MCC/NY, et al.,

                Defendants.

20-CV-3447 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued September 20, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless he is under imminent danger of serious physical injury. *Id*.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 20, 2021
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge