UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS A. VAZQUEZ-DIAZ,<br><br>                    Plaintiff,<br><br>     -against-<br><br>JOHN DOE, WARDEN OF MCC/NY ET AL,<br><br>                    Defendants. | 21-CV-3447 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 7, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 7, 2022
             New York, New York

                                                         /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                    Chief United States District Judge